IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANITA RODERY**                                                        **PLAINTIFF**

**VS.**                               **CASE NO. 3:14CV00171 JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                           **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 19th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE